**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 09-02048-ESL | | Trustee Name: | Noreen Wiscovitch-Rentas |
| Case Name: | PMC MARKETING CORP | | Date Filed (f) or Converted (c): | 05/20/2010 (c) |
| For the Period Ending: | 03/31/2022 | | §341(a) Meeting Date: | 06/30/2010 |
| | | | Claims Bar Date: | 09/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  FINANCIAL ACCOUNTS  (u) | $0.00 | $6,553.88 | | $6,653.88 | FA |
| **Asset Notes:** Closed account No. 030-6082053 | | | | | |
| 2  Preferences- Fraudulent transfers.  (u) | $0.00 | $44,690,534.05 | | $964,742.84 | $50,000.00 |
| **Asset Notes:** Account receivables, adversaries proceeding were filed. This asset is not marked fully administered as there are some garnishments pending determination. | | | | | |
| 3  CONTINGENT CLAIMS  (u) | $0.00 | $29,000.00 | | $29,000.00 | FA |
| **Asset Notes:** Purchase of Estate's Interest in Class Action Law Suit against Visa/MasterCard. Per Notice of Sale | | | | | |
| 4  FINANCIAL ACCOUNT  (u) | $0.00 | $77,167.18 | | $77,167.18 | FA |
| **Asset Notes:** Closed BPPR account 0394. | | | | | |
| INT  Post-Petition Interest Deposits  (u) | Unknown | Unknown | | $4,369.56 | FA |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

$0.00    $44,803,255.11    $1,081,933.46    $50,000.00

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/18/2022 | Writs are pending to be issued by Clerk of the Court. Clerk to Notify Trustee when ready. Status of bankruptcy of PREPA requested by the Court and responded to. NWR 3-18-2022 |
| 01/17/2022 | Trustee to file report on status of the cases and request for WRITs to be issued. NWR 1-17-2022 |
| 11/01/2021 | Trustee continues to await result of Writs. In addition to Orders on Motions requesting WRITs. NWr 11-1-2021 |
| 07/01/2021 | Status Conference on collection of Adversary Judgments set for August 2021. NWr 7-1-2021 |
| 03/07/2021 | Trustee awaiting results of Writ of Execution. NWR 3/7/21 |
| 01/02/2021 | Trustee awaiting results of Writs of Execution. NWR 1-2-21 |
| 10/19/2020 | Trustee continues to attempt to collect on Judgments. Trustee's counsel to request writs of execution. NWR 10-19-20 |
| 07/15/2020 | Trustee attempting final efforts for collection of judgments. NWR 7-15-20 |
| 03/24/2020 | Trustee is awaiting on additional collection efforts undertaken including garnishment. NWR 3-23-20 |
| 02/19/2020 | Trustee has received additional funds from the collection of the judgments. Awaiting additional collection in satisfaction of Judgment against Holsum and Writ of Garnishment against another Defendant. NWR 2-19-20 |
| 11/08/2019 | Funds from adversary 11-00112. Trustee is doing a final attempt to collect on judgments and stipulations, which appear to be uncollectible. NWR 11-8-19 |
| 09/04/2019 | Trustee awaiting collection on last adversary closed in 2019 11-00112. NWR 9/4/19 |
| 05/22/2019 | Trustee sent letter to collect on stipulations on adversaries not paid. NWR 5-22-19. |
| 02/05/2019 | Trustee awaiting final payment on stipulation to review claims and file a TFR. NWR 2/5/19 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 09-02048-ESL | | Trustee Name: | Noreen Wiscovitch-Rentas |
| Case Name: | PMC MARKETING CORP | | Date Filed (f) or Converted (c): | 05/20/2010 (c) |
| For the Period Ending: | 03/31/2022 | | §341(a) Meeting Date: | 06/30/2010 |
| | | | Claims Bar Date: | 09/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

ORDER approving payment of bond. docket 1276 YMG 10/17/18

Trustee receiving payments of $6,000.00 each to satisfy the $60,000 owed on stipulation in Adv. Nos. 12-00075, 12-00066, 12-00067 and 12-00060. POC no. 10198 filed in the PREPA Bankruptcy for $1,154,734.06. Although the case maybe closed in the near future, this asset should not be deemed abandoned. - Noreen Wiscovitch 7/14/2018

Trustee requested to withdraw consigned funds in adversary no. 12-00123, Trustee v. Municipio de Bayamon. - Noreen Wiscovitch 4/10/2018

Trustee to enter into agreement with final payment on stipulation with one of the defendants. Cause of action against PREPA was stayed by Promesa. - Noreen Wiscovitch 3/16/2018

Trustee continues to receive payments on Settlements. - Noreen Wiscovitch 1/26/2018

Adversaries still pending. Trustee continues to receive payment on settlements. - Noreen Wiscovitch 7/8/2017

Adversaries pending against Prepa and Glaxo Smith Kline. Trustee continues to receive settlement payments. - Noreen Wiscovitch 3/29/2017

Adversaries continue against PREPA and Glaxo Smith Kline. - Noreen Wiscovitch 1/3/2017

Trustee continues to pursue adversaries against Prepa and Glaxo Smith Kline. - Noreen Wiscovitch 8/19/2016

There are appeals pending on various adversaries in the 1st Circuit. Trustee has attended mandatory settlement conferences. Continues to attempt to collect on judgments. - Noreen Wiscovitch 04/01/2016

Pending appeals on various adversaries. Also against PREPA. Trustee collecting on settlement and pending collection on Judgments. - Noreen Wiscovitch 9/28/2015

Pending adversaries for preferences. Trustee collecting on settlements and pending collection on Judgments. March 25, 2015, 02:44 pm

Adveraries for preference and fraudulent transfers continue. Trustee collecting on settlements and also will start attempts to collect on judgments. December 30, 2014, 03:49 pm

Trustee continues to pursue adverrsary proceedings for preferences and fraudulent transfers. April 11, 2014, 06:52 pm

Pending adversaries for preferences and the collection of settlements and judgments. December 26, 2013, 11:36 pm

Trustee continues with adversaries for preferences. Various Cases have been settled or dismissed. September 22, 2013, 03:27 pm

During this period the Trustee has received settlement payments from adversaries and sale of participation in Class action lawsuit. Pending still litigation of adversaries. March 16, 2013, 01:18 pm

Pending several adversary proceedings for preferences and fraudulent transfer actions. October 10, 2012, 09:45 pm

Adversary Proceedings for preferences and fraudulent transfer filed. April 07, 2012, 10:28 pm

Pending determination if Preference actions may be filed. Trustee unable to access computer program. August 31, 2011, 03:55 pm

Trustee to seek extension of time to file actions under 547, 548, 546, 550 and 542. April 24, 2011, 02:07 pm

District Court remands for determination of facts regarding the turnover order. January 02, 2011, 01:57 pm

Trustee investigating Debtor's Financial Affairs. October 29, 2010, 09:01 pm

[Noreen Wiscovitch 2015-07-02 05:00:00]

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 09-02048-ESL | | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|---|
| Case Name: | PMC MARKETING CORP | | Date Filed (f) or Converted (c): | 05/20/2010 (c) |
| For the Period Ending: | 03/31/2022 | | §341(a) Meeting Date: | 06/30/2010 |
| | | | Claims Bar Date: | 09/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Initial Projected Date Of Final Report (TFR): | 12/31/2013 | Current Projected Date Of Final Report (TFR): | 12/31/2023 | /s/ NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|
| | | | | NOREEN WISCOVITCH-RENTAS |